IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| John Turner, ) | |
| ) | C/A No. 1:11-0957-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| Carolyn W. Colvin, Acting Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff John Turner brought this action to obtain judicial review of a final decision of Defendant Acting Commissioner of Social Security denying Plaintiff's application for a period of disability and disability insurance benefits. See 42 U.S.C. § 405(g). On August 21, 2012, the court remanded the Commissioner's decision pursuant to sentence four of § 405(g) for further administrative proceedings. By order filed December 6, 2012, the court awarded attorney's fees in the amount of $4,714.40 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

This matter now is before the court on Plaintiff's motion for attorney's fees filed September 12, 2014. Counsel moves for an order awarding an additional attorney's fee of $15,564.10 under the Social Security Act, 42 U.S.C. § 406(b).[1] Commissioner filed a response informing the court that she has no objection to Plaintiff's motion for fees. Accordingly,

**IT IS ORDERED** that Plaintiff's motion for fees under 42 U.S.C. § 406(b) be **granted** in

---

[1] The total attorney's fee due in accordance with counsel's contingency fee agreement with Plaintiff is 25% of back benefits, or $20,278.50. When the prior EAJA fee is subtracted from $20,278.50, the net amount due to counsel is $15,564.10.

the amount of $15,564.10.  This brings the total attorneys' fees awarded to counsel for Plaintiff to $20,278.50, or 25% of back benefits in accordance with the contingency fee agreement between Plaintiff and counsel.[2]

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

October 9, 2014

---

[2] Counsel indicates that any fee awarded at the administrative level will be refunded to Plaintiff.

2